UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. No. 3:19-cr-301-JBA |
| | : | |
| v. | : | |
| | : | |
| MINISHA SUMLER | : | April 2, 2020 |

**DEFENDANT MINISHA SUMLER'S CONSENT MOTION TO CONTINUE
SCHEDULE BY 60 DAYS DUE TO COVID-19 PANDEMIC**

The defendant, MINISHA SUMLER, through her undersigned attorney, joins in the motion filed by her co-defendant, James Cooper, see ECF No. 60, to extend the schedule for 60 days, including yesterday's deadline for filing substantive motions. As noted in co-defendant Cooper's motion, counsel for the defendants and the Government have been in communication and all agree that a 60-day continuance is warranted. In support of this motion, Ms. Sumler adopts the reasons cited in Mr. Cooper's motion, ECF No. 60, which apply equally to Ms. Sumler. Ms. Sumler is not detained and will not be prejudiced by this extension, and the Government consents.

WHEREFORE, the undersigned requests that the Court grant this motion and that the schedule be continued/extended by 60 days.

Respectfully submitted,

*/s/ Robert M. Frost, Jr.*
Robert M. Frost, Jr. (ct 19771)

FROST BUSSERT, LLC
350 Orange Street, Suite 100
New Haven, CT 06511
Tel:       (203) 495-9790
Fax:      (203) 495-9795
Email:   rmf@frostbussert.com

ATTORNEY FOR DEFENDANT

## **CERTIFICATION**

I hereby certify that on this date a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated at Guilford, Connecticut on this 2nd day of April, 2020.

*/s/ Robert M. Frost, Jr.*
Robert M. Frost, Jr.